# United States Bankruptcy Court
## of the
## EASTERN DISTRICT OF TENNESSEE
### Greeneville

Preliminary
Trustee's Final Report

In Re: PATRICK PAUL ELLSWORTH & JESSICA LIANNE ELLSWORTH  
1507 LINDEN STREET #10  
JOHNSON CITY, TN 37601

Case Number: 14-50441-MPP  
SSN-xxx-xx-9884 & xxx-xx-5191

Case filed on: 3/21/2014  
Plan Confirmed on: 4/25/2014

P Paid Out

Total funds received and disbursed pursuant to the plan: $48,654.16       Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 002 | Clerk of the Court | 281.00 | 281.00 | 281.00 | 0.00 |
|  | Total Administration | 281.00 | 281.00 | 281.00 | 0.00 |
| 001 | D. Stephen Duncan | 2,000.00 | 2,000.00 | 1,274.00 | 0.00 |
|  | Total Legal | 2,000.00 | 2,000.00 | 1,274.00 | 0.00 |
| 999 | PATRICK PAUL ELLSWORTH | 0.00 | 0.00 | 533.81 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 533.81 | 0.00 |
| 003 | AES | 8,364.16 | 8,364.16 | 1,509.27 | 0.00 |
| 004 | ANESTHESIA & PAIN CONSULTANTS PC | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | APPALACHIAN EMERGENCY PHYSICIANS | 77.25 | 77.25 | 13.94 | 0.00 |
| 006 | ATG CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | NATIONAL COLLEGIATE TRUST | 10,668.55 | 10,668.55 | 1,925.09 | 0.00 |
| 008 | BLUE RIDGE FAMILY PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | BLUE RIDGE RADIOLOGY, PC KINGSPORT | 9.99 | 9.99 | 1.81 | 0.00 |
| 010 | CAPTIAL ONE BANKRUPTCY NOTICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | Portfolio Rec. Assoc LLC succ in int | 775.40 | 775.40 | 139.91 | 0.00 |
| 012 | NATIONAL COLLEGIATE TRUST | 24,313.35 | 24,313.35 | 4,387.24 | 0.00 |
| 013 | CITI CARDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | COMCAST | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | AMERICAN INFOSOURCE AS AGENT FOR | 1,004.34 | 1,004.34 | 181.23 | 0.00 |
| 016 | Discover Student Loans | 11,517.65 | 11,517.65 | 2,078.31 | 0.00 |
| 017 | THE HUNTINGTON NATIONAL BANK | 2,458.13 | 2,458.13 | 443.56 | 0.00 |
| 018 | JOHNSON CITY EYE CLINIC | 314.75 | 314.75 | 56.80 | 0.00 |
| 019 | KEY BANK USA | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | John Lawson Surgical Group | 61.28 | 61.28 | 11.05 | 0.00 |
| 021 | MOUNTAIN EMPIRE RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | MOUNTAIN STATES HELTH ALLIANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | MOUNTAIN STATES HELTH ALLIANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | MOUNTAIN STATES HELTH ALLIANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | PULMONARY ASSOCIATES OF EAST TN | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | RBS CITIZENS | 18,742.29 | 18,742.29 | 3,381.96 | 0.00 |
| 027 | THE REGIONAL EYE CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | RHEUMATOLOGY ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | SEARS | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | SOLSTAS LAB PARTNERS | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | SOLSTAS LAB PARTNERS | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | STATE OF FRANKLIN HEALTHCARE | 7,645.02 | 7,645.02 | 1,379.51 | 0.00 |
| 033 | TENNESSEE STUDENT ASSISTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | ECMC | 55,318.99 | 55,318.99 | 9,982.06 | 0.00 |
| 035 | UNIVERSITY PHYSICIANS PRACTICE'S GRP | 1,309.56 | 1,309.56 | 236.30 | 0.00 |
| 036 | U.S. DEPARTMENT OF EDUCATION | 14,957.00 | 14,957.00 | 2,698.92 | 0.00 |
| 037 | U.S. DEPARTMENT OF EDUCATION | 28,522.14 | 28,522.14 | 5,146.69 | 0.00 |
| 038 | AMERICAN INFOSOURCE LP AS AGENT FOR | 557.13 | 557.13 | 100.54 | 0.00 |
| 039 | WELLMONT MEDICAL ASSOCIATES | 57.48 | 57.48 | 10.37 | 0.00 |
| 040 | TC LEWIS & COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | JOHNSON CITY MEDICAL CENTER | 304.20 | 304.20 | 54.89 | 0.00 |
| 042 | FRANKLIN WOODS COMMUNITY HOSPITAL | 2,530.82 | 2,530.82 | 456.67 | 0.00 |
| 043 | AMERICAN INFOSOURCE LP AS AGENT | 1,312.72 | 1,312.72 | 236.88 | 0.00 |
| 044 | AES ON BEHALF OF TSAC | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | THE HUNTINGTON NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 046 | TENNESSEE STUDENT ASSISTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 047 | NATIONAL COLLEGIATE TRUST | 0.00 | 0.00 | 0.00 | 0.00 |
| 048 | NATIONAL COLLEGIATE TRUST | 6,959.75 | 6,959.75 | 1,255.86 | 0.00 |
| 049 | NATIONAL COLLEGIATE TRUST | 14,375.39 | 14,375.39 | 2,593.98 | 0.00 |
| 050 | NATIONAL COLLEGIATE TRUST | 14,670.21 | 14,670.21 | 2,647.17 | 0.00 |
| 051 | NATIONAL COLLEGIATE TRUST | 6,521.26 | 6,521.26 | 1,176.73 | 0.00 |
| 052 | DISCOVER STUDENT LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 053 | NATIONAL COLLEGIATE TRUST | 11,286.28 | 11,286.28 | 2,036.56 | 0.00 |
| 054 | TENNESSEE STUDENT ASSISTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |

# United States Bankruptcy Court
## of the
## EASTERN DISTRICT OF TENNESSEE
### Greeneville

| | | | | | |
|---|---|---:|---:|---:|---:|
| 055 | PORTFOLIO RECOVERY ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 056 | WELLMONT HEALTH SYSTEM | 77.82 | 77.82 | 14.05 | 0.00 |
| 057 | HOLSTON VALLEY IMAGING | 100.96 | 100.96 | 18.21 | 0.00 |
| 058 | Portfolio Rec. Assoc. succ in int | 495.75 | 495.75 | 89.45 | 0.00 |
| 059 | MEDICAL SPECIALISTS OF JOHNSON CITY | 280.29 | 280.29 | 50.57 | 0.00 |
| 060 | JOHNSON CITY UTILITY | 165.38 | 165.38 | 29.84 | 0.00 |
| 061 | US DEPARTMENT OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 062 | AES | 0.00 | 0.00 | 0.00 | 0.00 |
| 063 | ECMC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Unsecured | 245,755.29 | 245,755.29 | 44,345.42 | 0.00 |
| | Grand Total: | 248,036.29 | 248,036.29 | 46,434.23 | 0.00 |

Total Paid Claimant:     $46,434.23
Trustee Allowance:        $2,219.93
Percent Paid Unsecured:      18.04

Report Dated: 5/29/2019

/s/ Gwendolyn M. Kerney
_____

Chapter 13 Trustee

# United States Bankruptcy Court
## of the
## EASTERN DISTRICT OF TENNESSEE
## Greeneville

In Re: PATRICK PAUL ELLSWORTH & JESSICA LIANNE ELLSWORTH        Case Number: 14-50441-MPP

### Certificate of Final Payment

The Chapter 13 Trustee hereby certifies in accordance with 11 U.S.C §1328 that the Debtor(s) have completed all confirmed plan payments necessary for discharge as evidence by the attached Preliminary Final Report filed with the Court. This case shall remain open, however, until a Final Report has been filed by the Chapter 13 Trustee once all outstanding disbursements have cleared and/or been canceled.

The undersigned certifies that a copy of the Certificate of Final Payment and the attached Preliminary Final Report in case number 14-50441-MPP have been serviced by electronic mail and/or by first class US Postal mail, postage prepaid, to the following:

   Debtor:   PATRICK PAUL ELLSWORTH & JESSICA LIANNE ELLSWORTH
                1507 LINDEN STREET #10
                JOHNSON CITY, TN  37601

   Attorney for debtor:
                D. Stephen Duncan
                Duncan Law Firm
                PO Box 1848
                Johnson City, TN  37605-1848

Dated: 5/29/2019

/s/ Gwendolyn M. Kerney
_____

Chapter 13 Trustee

Copy for:

                Clerk of the Court
                U. S. Bankruptcy Court
                220 West Depot Street
                Suite 218
                Greeneville, TN  37743