# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF TENNESSEE
## GREENEVILLE DIVISION

In re: PATRICK PAUL ELLSWORTH §  Case No. 14-50441-MPP
　　　　JESSICA LIANNE ELLSWORTH §
　　　　　　　　　　　　　　　　　 §
　　　　　　　Debtor(s)　　　　　　 §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Gwendolyn M. Kerney, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 03/21/2014.

2) The plan was confirmed on 04/25/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on NA.

5) The case was completed on 04/08/2019.

6) Number of months from filing or conversion to last payment: 60.

7) Number of months case was pending: 67.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $10,775.58.

10) Amount of unsecured claims discharged without full payment: $231,740.83.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

| | | |
|---|---:|---:|
| Total paid by or on behalf of the debtor(s) | $ 48,654.16 | |
| Less amount refunded to debtor(s) | $ 533.81 | |
| **NET RECEIPTS** | | $ 48,120.35 |

**Expenses of Administration:**

| | | |
|---|---:|---:|
| Attorney's Fees Paid Through the Plan | $ 1,274.00 | |
| Court Costs | $ 281.00 | |
| Trustee Expenses & Compensation | $ 2,219.93 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 3,774.93 |
| Attorney fees paid and disclosed by debtor(s): | $ 726.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| D. Stephen Duncan | Lgl | 2,000.00 | 2,000.00 | 2,000.00 | 1,274.00 | 0.00 |
| Clerk of the Court | Adm | 281.00 | 281.00 | 281.00 | 281.00 | 0.00 |
| AES | Uns | 7,575.00 | 8,364.16 | 8,364.16 | 1,509.27 | 0.00 |
| ANESTHESIA & PAIN | Uns | 247.92 | NA | NA | 0.00 | 0.00 |
| APPALACHIAN EMERGENCY | Uns | 77.25 | 77.25 | 77.25 | 13.94 | 0.00 |
| ATG CREDIT | Uns | 33.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL COLLEGIATE TRUST | Uns | 11,742.00 | 10,668.55 | 10,668.55 | 1,925.09 | 0.00 |
| BLUE RIDGE FAMILY PHYSICIANS | Uns | 3,077.00 | NA | NA | 0.00 | 0.00 |
| BLUE RIDGE RADIOLOGY, PC | Uns | 9.99 | 9.99 | 9.99 | 1.81 | 0.00 |
| CAPTIAL ONE BANKRUPTCY | Uns | 496.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Rec. Assoc LLC succ in int | Uns | 775.00 | 775.40 | 775.40 | 139.91 | 0.00 |
| NATIONAL COLLEGIATE TRUST | Uns | 29,920.41 | 24,313.35 | 24,313.35 | 4,387.24 | 0.00 |
| CITI CARDS | Uns | 659.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Uns | 92.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE AS | Uns | 1,004.00 | 1,004.34 | 1,004.34 | 181.23 | 0.00 |
| Discover Student Loans | Uns | 11,517.65 | 11,517.65 | 11,517.65 | 2,078.31 | 0.00 |
| THE HUNTINGTON NATIONAL | Uns | 1,720.00 | 2,458.13 | 2,458.13 | 443.56 | 0.00 |
| JOHNSON CITY EYE CLINIC | Uns | 314.00 | 314.75 | 314.75 | 56.80 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| KEY BANK USA | Uns | 12,235.96 | NA | NA | 0.00 | 0.00 |
| John Lawson Surgical Group | Uns | 61.00 | 61.28 | 61.28 | 11.05 | 0.00 |
| MOUNTAIN EMPIRE RADIOLOGY | Uns | 69.56 | NA | NA | 0.00 | 0.00 |
| MOUNTAIN STATES HELTH | Uns | 38.74 | NA | NA | 0.00 | 0.00 |
| MOUNTAIN STATES HELTH | Uns | 354.20 | NA | NA | 0.00 | 0.00 |
| MOUNTAIN STATES HELTH | Uns | 2,530.00 | NA | NA | 0.00 | 0.00 |
| PULMONARY ASSOCIATES OF EAST | Uns | 35.82 | NA | NA | 0.00 | 0.00 |
| RBS CITIZENS | Uns | 19,990.79 | 18,742.29 | 18,742.29 | 3,381.96 | 0.00 |
| THE REGIONAL EYE CENTER | Uns | 51.07 | NA | NA | 0.00 | 0.00 |
| RHEUMATOLOGY ASSOCIATES | Uns | 186.77 | NA | NA | 0.00 | 0.00 |
| SEARS | Uns | 1,535.00 | NA | NA | 0.00 | 0.00 |
| SOLSTAS LAB PARTNERS | Uns | 4.11 | NA | NA | 0.00 | 0.00 |
| SOLSTAS LAB PARTNERS | Uns | 48.68 | NA | NA | 0.00 | 0.00 |
| STATE OF FRANKLIN HEALTHCARE | Uns | 1,906.28 | 7,645.02 | 7,645.02 | 1,379.51 | 0.00 |
| TENNESSEE STUDENT ASSISTANCE | Uns | 8,636.13 | NA | NA | 0.00 | 0.00 |
| ECMC | Uns | 66,754.38 | 55,318.99 | 55,318.99 | 9,982.06 | 0.00 |
| UNIVERSITY PHYSICIANS | Uns | 1,309.56 | 1,309.56 | 1,309.56 | 236.30 | 0.00 |
| U.S. DEPARTMENT OF EDUCATION | Uns | 19,344.89 | 14,957.00 | 14,957.00 | 2,698.92 | 0.00 |
| U.S. DEPARTMENT OF EDUCATION | Uns | 35,233.53 | 28,522.14 | 28,522.14 | 5,146.69 | 0.00 |
| AMERICAN INFOSOURCE LP AS | Uns | 567.98 | 557.13 | 557.13 | 100.54 | 0.00 |
| WELLMONT MEDICAL ASSOCIATES | Uns | 57.48 | 57.48 | 57.48 | 10.37 | 0.00 |
| JOHNSON CITY MEDICAL CENTER | Uns | 0.00 | 304.20 | 304.20 | 54.89 | 0.00 |
| FRANKLIN WOODS COMMUNITY | Uns | 0.00 | 2,530.82 | 2,530.82 | 456.67 | 0.00 |
| AMERICAN INFOSOURCE LP AS | Uns | 0.00 | 1,312.72 | 1,312.72 | 236.88 | 0.00 |
| NATIONAL COLLEGIATE TRUST | Uns | 0.00 | 6,959.75 | 6,959.75 | 1,255.86 | 0.00 |
| NATIONAL COLLEGIATE TRUST | Uns | 0.00 | 14,375.39 | 14,375.39 | 2,593.98 | 0.00 |
| NATIONAL COLLEGIATE TRUST | Uns | 0.00 | 14,670.21 | 14,670.21 | 2,647.17 | 0.00 |
| NATIONAL COLLEGIATE TRUST | Uns | 0.00 | 6,521.26 | 6,521.26 | 1,176.73 | 0.00 |
| NATIONAL COLLEGIATE TRUST | Uns | 0.00 | 11,286.28 | 11,286.28 | 2,036.56 | 0.00 |
| WELLMONT HEALTH SYSTEM | Uns | 0.00 | 77.82 | 77.82 | 14.05 | 0.00 |
| HOLSTON VALLEY IMAGING | Uns | 0.00 | 100.96 | 100.96 | 18.21 | 0.00 |
| Portfolio Rec. Assoc. succ in int | Uns | 0.00 | 495.75 | 495.75 | 89.45 | 0.00 |
| MEDICAL SPECIALISTS OF | Uns | 0.00 | 280.29 | 280.29 | 50.57 | 0.00 |
| JOHNSON CITY UTILITY | Uns | 0.00 | 165.38 | 165.38 | 29.84 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 245,755.29 | $ 44,345.42 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 3,774.93 |
| Disbursements to Creditors | $ 44,345.42 |
| **TOTAL DISBURSEMENTS:** | $ 48,120.35 |

UST Form 101-13-FR-S (9/1/2009)

12) The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed. The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date: 11/12/2019          By: s/ Gwendolyn M. Kerney
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)